UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                        Bankr. Case No. 19-21714-JKS-13

Chandramauli R. Amin and Leena C. Amin                                              Chapter 13
        Debtor(s)

**REQUEST FOR NOTICE**


   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that
all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096




                                        By   /s/  Mandy Youngblood


                                             Mandy Youngblood
                                             PO Box 183853
                                             Arlington, TX  76096
                                             877-203-5538
                                             877-259-6417
                                             Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                    Bankr. Case No. 19-21714-JKS-13

Chandramauli R. Amin and Leena C. Amin                                    Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 2, 2019 :

ALEXANDER J RINALDI                          Marie-Ann Greenberg
9 EYLAND AVENUE AT ROUTE 10                  30 Two Bridges Road, Suite 330   Fairfield, NJ
SUCCASUNNA, NJ  07876                        07004


By   /s/ Mandy Youngblood
     Mandy Youngblood

xxxxx50584 / 992462