UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, LLC

In Re:

Chandramauli Amin & Leena Amin,

Debtors.

Case No.:       19-21714-JKS

Chapter:                13

Hearing Date:      8/8/2019

Judge:            Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Objetion to Confirmation (Docket # 20)

_____

Date: 8/8/2019                                /s/ Denise Carlon
                                               Signature

*rev.8/1/15*