Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                                                        Case No.: 19−21714−JKS  
                                                       Chapter: 13  
                                                       Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Chandramauli R. Amin                                     Leena C. Amin  
   dba AUM Shivam LLC                                    dba AUM Service Network LLC, dba  
   3 Fairmont Road                                                   AUM Lakshmi LLC  
   Parsippany, NJ 07054                                   3 Fairmont Road  
                                                                      Parsippany, NJ 07054

Social Security No.:  
   xxx−xx−5429                                                    xxx−xx−3525

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: August 23, 2019  
JAN: admi

                                                                                                         Jeanne Naughton  
                                                                                                          Clerk