Certificate Number: 17572-NJ-DE-033310156

Bankruptcy Case Number: 19-21714



17572-NJ-DE-033310156

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 26, 2019</u>, at <u>10:44</u> o'clock <u>PM PDT</u>, <u>CHANDRAMAULI AMIN</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>August 26, 2019</u>          By:   <u>/s/Kristina Milicevic</u>

                                       Name:  <u>Kristina Milicevic</u>

                                       Title: <u>Counselor</u>