Certificate Number: 17572-NJ-DE-033310154

Bankruptcy Case Number: 19-21714



17572-NJ-DE-033310154

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 26, 2019, at 10:44 o'clock PM PDT, LEENA AMIN completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 26, 2019                    By:    /s/Kristina Milicevic

Name:  Kristina Milicevic

Title:  Counselor