Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21714−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Chandramauli R. Amin
dba AUM Shivam LLC
3 Fairmont Road
Parsippany, NJ 07054

Leena C. Amin
dba AUM Service Network LLC, dba
AUM Lakshmi LLC
3 Fairmont Road
Parsippany, NJ 07054

Social Security No.:
xxx−xx−5429

xxx−xx−3525

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 12/12/19 at 10:00 AM

to consider and act upon the following:

*33* − Objection to Amended Schedule(s) : C, (related document:31 Amended Schedule(s) : C,Summary of Schedules,Other Schedules re:Declaration about an Individual Debtors Schedules filed by Alexander J. Rinaldi on behalf of Chandramauli R. Amin, Leena C. Amin. (Attachments: # 1 Certificate of Service) filed by Debtor Chandramauli R. Amin, Joint Debtor Leena C. Amin) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 10/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court