ALEXANDER J RINALDI ESQ
SALNY, REDBORD & RINALDI
9 EYLAND AVE AT RT 10
SUCCASUNNA, NJ  07876

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
**Chapter 13 Case # 19-21714**

| Re: | CHANDRAMAULI R. AMIN | Atty: | ALEXANDER J RINALDI ESQ |
|---|---|---|---|
| | LEENA C. AMIN | | SALNY, REDBORD & RINALDI |
| | 3 FAIRMONT ROAD | | 9 EYLAND AVE AT RT 10 |
| | PARSIPPANY,  NJ  07054 | | SUCCASUNNA, NJ  07876 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,000.00**

## RECEIPTS AS OF 01/15/2020     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/08/2019 | $400.00 | 5997325000 | 08/08/2019 | $400.00 | 6079268000 |
| 09/04/2019 | $400.00 | 6148764000 | 10/03/2019 | $400.00 | 6226000000 |
| 11/06/2019 | $400.00 | 6312269000 | 12/02/2019 | $400.00 | 6371411000 |
| 01/03/2020 | $400.00 | 6455493000 | | | |

**Total Receipts: $2,800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020     (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 121.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,275.00 | 100.00% | 0.00 | 1,275.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 5,754.81 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 1,437.12 | * | 0.00 | |
| 0003 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 2,142.54 | * | 0.00 | |
| 0004 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 11,360.58 | * | 0.00 | |
| 0008 | DILIPKUMAR PATEL AND VENA PATEL | SECURED | 0.00 | 100.00% | 0.00 | |
| 0010 | DISCOVER BANK | UNSECURED | 17,043.84 | * | 0.00 | |
| 0011 | DISCOVER BANK | UNSECURED | 20,827.42 | * | 0.00 | |
| 0013 | GM FINANCIAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,999.37 | * | 0.00 | |
| 0015 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 9,884.56 | * | 0.00 | |
| 0017 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 10,692.95 | * | 0.00 | |
| 0019 | PERFORMANCE FOOD GRO | SECURED | 0.00 | 100.00% | 0.00 | |
| 0020 | SAMS CLUB CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 3,673.76 | 100.00% | 0.00 | |
| 0022 | SUBWAY REAL ESTATE LLC | SECURED | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 19-21714**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0024 | US FOODS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | US FOODS, INC. | SECURED | 0.00 | 100.00% | 0.00 | |
| 0026 | WELLS FARGO CARD SERVICES | UNSECURED | 7,599.54 | * | 0.00 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 0.00% | 0.00 | |
| 0030 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 10,235.45 | * | 0.00 | |
| 0033 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 8,985.72 | * | 0.00 | |
| 0037 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | AMERICREDIT FINANCIAL SERVICES, IN | VEHICLE SECURE | 558.56 | 100.00% | 0.00 | |
| 0043 | US FOOD INC | UNSECURED | 6,782.95 | * | 0.00 | |
| 0044 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 381.31 | * | 0.00 | |

**Total Paid:  $121.20**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,800.00     -     Paid to Claims: $0.00     -     Admin Costs Paid: $121.20     =     Funds on Hand: $2,678.80

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.