### UNITED STATES BANKRUPTCY COURT
**District of New Jersey (Newark)**

IN RE: | Case No.: | 19-21714
Debtors: Chandramauli R. Amin and Leena C. Amin

Loan Number (Last 4):    5242

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 Serviced by Select Portfolio Servicing, Inc. | Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |

PO Box 65250
Salt Lake City, UT 84165

Court Claim # (if known): 5
Amount of Claim:    $277,540.65
Date Claim Filed:    06/30/2019

Phone:    1-800-258-8602

Last Four Digits of Acct #:    5242

Last Four Digits of Acct #:    9079

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone:    1-800-258-8602

Last Four Digits of Acct #:    5242

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ John Shelley                         Date:    12/06/2020

InfoEx, LLC, as authorized filing agent
(Approved by: Kiara Richardson)

Specific Contact Information:
Kiara Richardson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

491565-1bad854c-6bc0-4847-a51a-217ea98dcb3c