ALEXANDER J RINALDI ESQ
SALNY, REDBORD & RINALDI
9 EYLAND AVE AT RT 10
SUCCASUNNA, NJ  07876

Re:  CHANDRAMAULI R. AMIN                                    Atty:   ALEXANDER J RINALDI ESQ
LEENA C. AMIN                                                               SALNY, REDBORD & RINALDI
3 FAIRMONT ROAD                                                         9 EYLAND AVE AT RT 10
PARSIPPANY,  NJ  07054                                              SUCCASUNNA, NJ  07876

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
Chapter 13 Case # 19-21714

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,000.00**

## RECEIPTS AS OF 01/15/2021    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/08/2019 | $400.00 | 5997325000 | 08/08/2019 | $400.00 | 6079268000 |
| 09/04/2019 | $400.00 | 6148764000 | 10/03/2019 | $400.00 | 6226000000 |
| 11/06/2019 | $400.00 | 6312269000 | 12/02/2019 | $400.00 | 6371411000 |
| 01/03/2020 | $400.00 | 6455493000 | 02/06/2020 | $400.00 | 6540983000 |
| 03/04/2020 | $400.00 | 6613342000 | 04/13/2020 | $400.00 | 6707133000 |
| 05/11/2020 | $400.00 | 6781052000 | 06/09/2020 | $400.00 | 6853430000 |
| 07/14/2020 | $400.00 | 6938021000 | 08/11/2020 | $400.00 | 7005017000 |
| 09/09/2020 | $400.00 | 7073771000 | 10/13/2020 | $400.00 | 7150493000 |
| 11/06/2020 | $400.00 | 7214855000 | 12/14/2020 | $400.00 | 7300543000 |

**Total Receipts: $7,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan: $7,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021    (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 10/19/2020 | $6.49 | 8,001,833 | | 11/16/2020 | $18.49 | 8,001,898 |
| | 11/16/2020 | $6.24 | 8,001,898 | | 12/21/2020 | $18.50 | 8,001,954 |
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | | |
| | 02/10/2020 | $185.27 | 842,978 | | 03/16/2020 | $50.04 | 844,881 |
| | 04/20/2020 | $50.05 | 846,829 | | 05/18/2020 | $47.51 | 848,752 |
| | 06/15/2020 | $47.51 | 850,428 | | 07/20/2020 | $48.83 | 852,221 |
| | 08/17/2020 | $48.83 | 854,091 | | 09/21/2020 | $48.83 | 855,895 |
| | 10/19/2020 | $31.69 | 857,788 | | | | |
| BMW FINANCIAL SERVICES NA LLC | | | | | | | |
| | 11/16/2020 | $9.31 | 859,630 | | 12/21/2020 | $6.87 | 861,448 |
| DISCOVER BANK | | | | | | | |
| | 10/19/2020 | $19.23 | 857,956 | | 10/19/2020 | $23.50 | 857,956 |
| | 11/16/2020 | $54.77 | 859,752 | | 11/16/2020 | $66.93 | 859,752 |
| | 12/21/2020 | $54.78 | 861,576 | | 12/21/2020 | $66.94 | 861,576 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 10/19/2020 | $11.55 | 857,637 | | 11/16/2020 | $32.89 | 859,430 |
| | 12/21/2020 | $32.89 | 861,227 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 10/19/2020 | $10.14 | 858,158 | | 11/16/2020 | $28.88 | 859,945 |
| | 12/21/2020 | $28.88 | 861,781 | | | | |
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 10/19/2020 | $12.82 | 858,201 | | 10/19/2020 | $11.15 | 858,201 |
| | 10/19/2020 | $12.06 | 858,201 | | 11/16/2020 | $36.51 | 859,986 |
| | 11/16/2020 | $31.77 | 859,986 | | 11/16/2020 | $34.36 | 859,986 |
| | 12/21/2020 | $36.51 | 861,825 | | 12/21/2020 | $31.77 | 861,825 |
| | 12/21/2020 | $34.37 | 861,825 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/16/2020 | $8.69 | 8,001,892 | | 12/21/2020 | $6.41 | 8,001,947 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 02/10/2020 | $1,218.53 | 843,695 | | 03/16/2020 | $329.16 | 845,628 |
| | 04/20/2020 | $329.15 | 847,586 | | 05/18/2020 | $312.49 | 849,394 |
| | 06/15/2020 | $312.49 | 851,081 | | 07/20/2020 | $321.17 | 852,938 |
| | 08/17/2020 | $321.17 | 854,770 | | 09/21/2020 | $321.17 | 856,636 |
| | 10/19/2020 | $208.43 | 858,476 | | | | |
| US FOOD INC | | | | | | | |
| | 10/19/2020 | $7.65 | 857,649 | | 11/16/2020 | $21.80 | 859,441 |
| | 12/21/2020 | $21.81 | 861,238 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 10/19/2020 | $8.57 | 858,897 | | 11/16/2020 | $24.42 | 860,663 |
| | 12/21/2020 | $24.43 | 862,579 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 452.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,275.00 | 100.00% | 1,275.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 5,754.81 | * | 43.48 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 1,437.12 | * | 6.24 | |
| 0003 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 2,142.54 | * | 16.18 | |
| 0004 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 11,360.58 | * | 85.84 | |
| 0008 | DILIPKUMAR PATEL AND VENA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DISCOVER BANK | UNSECURED | 17,043.84 | * | 128.78 | |
| 0011 | DISCOVER BANK | UNSECURED | 20,827.42 | * | 157.37 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,999.37 | * | 15.10 | |
| 0015 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 9,884.56 | * | 74.69 | |
| 0017 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 10,692.95 | * | 80.79 | |
| 0019 | PERFORMANCE FOOD GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SAMS CLUB CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | FEDERAL HOME LOAN MORTGAGE CORI | MORTGAGE ARRE | 3,673.76 | 100.00% | 3,673.76 | |
| 0022 | SUBWAY REAL ESTATE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | US FOODS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | US FOODS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | WELLS FARGO CARD SERVICES | UNSECURED | 7,599.54 | * | 57.42 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |

Chapter 13 Case # 19-21714

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0031 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 10,235.45 | * | 77.33 | |
| 0033 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 8,985.72 | * | 67.90 | |
| 0037 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 558.56 | 100.00% | 558.56 | |
| 0043 | US FOOD INC | UNSECURED | 6,782.95 | * | 51.26 | |
| 0044 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 381.31 | * | 0.00 | |

**Total Paid:  $6,822.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $7,200.00    -    Paid to Claims: $5,094.70    -    Admin Costs Paid: $1,727.80    =    Funds on Hand: $377.50

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.