UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*

Alexander J. Rinaldi, Esq.
9 Eyland Avenuet at Rt. 10
Succasunna, New Jersey 07876
(973) 584-1520
Attorney for Debtor

In Re:
*[Enter the debtor's name(s)]*
CHANDRAMAULI R. AMIN
LEENA C. AMIN

Case No.: 19-21714
*[Enter the case number]*

Chapter: Chapter 13
*[Enter the chapter; example: 13]*

Hearing Date: March 30, 2021
*[Enter the hearing date]*

Judge: John K. Sherwood
*[Enter the Judge's last name]*

## NOTICE OF MOTION TO
## REINSTATE THE AUTOMATIC STAY

*[Enter your name]* Chandramauli R. Amin and Leena C. Amin has filed papers with the court requesting to reinstate the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: March 30, 2021
*[Enter the date of the hearing]*

Hearing Time: 10:00 a.m.
*[Enter the time of the hearing]*

Hearing Location: 50 Walnut Street, 3rd Floor
*[Enter the location of the hearing]*
Newark, NJ 07102

Courtroom Number: Courtroom 3A
*[Enter the courtroom number]*

Case 19-21714-JKS    Doc 47    Filed 03/17/21    Entered 03/17/21 16:40:30    Desc Main
Document    Page 2 of 10

      If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

      You must also mail a copy of your response to:

*[Enter the trustee's name and address]*

*[Enter the name and address of all other parties who will be affected by this motion]*

Marie-Ann Greenberg  
Chapter 13 Standing Trustee  
30 Two Bridges Rd  
Suite 330  
Fairfield, NJ 07004  
973-227-2840

      If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

| | |
|---|---|
| Date: 3/17/2021 | /s/ Chandramauli R. Amin |
| *[Enter the date this document is signed]* | Signature of the Debtor |
| Date: 3/17/2021 | /s/ Leena C. Amin |
| *[Enter the date this document is signed]* | Signature of the Joint Debtor, if any |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>*[Enter your name, address and telephone number]*<br>Alexander J. Rinaldi, Esq.<br>9 Eyland Avenue at Rt.10<br>Succasunna, New Jersey 078876<br>(973) 584-1520<br>Attorney for Debtor | |
| In Re:<br>*[Enter the debtor's name(s)]*<br>CHANDRAMAULI R. AMIN<br>LEENA C. AMIN | Case No.: 19-21714<br>*[Enter the case number]*<br>Chapter: Chapter 13<br>*[Enter the chapter]*<br>Hearing Date: March 30, 2021<br>*[Enter the hearing date]*<br>Judge: John K. Sherwood<br>*[Enter the judge's last name]* |

## CERTIFICATION OF DEBTOR(S)

I, *[Enter your name(s)]* Chandramauli R. Amin and Leena C. Amin, debtor in this case, submit this Certification in support of my Motion to Reinstate the Automatic Stay.

1. I am fully familiar with the facts set forth below.

2. I filed for bankruptcy on *[Enter the date your petition was filed]* June 11, 2019.

3. On *[Enter the filed date of the Order Vacating the Automatic Stay]* March 11, 2021 the automatic stay was vacated because *[Enter the reason the stay was vacated]* the debtors missed a car payment.

4. I request that the stay be reinstated because *[Enter a fact supporting your reasoning for the stay to be reinstated]* the debtor audited the account and brought all payments current.

5. *[Enter an additional fact, if any, supporting your reasoning for the stay to be reinstated]*
The confirmation number of the payments made to GM Finance are supplied. Please see receipt attached.

6. *[Enter an additional fact, if any, supporting your reasoning for the stay to be reinstated]*
Confirmation Number: 122622533.

I certify under penalty of perjury that the above is true.

Date: March 17, 2021
*[Enter the date this document is signed]*

/s/ Chandramauli Amin
Signature of the Debtor

Date: March 17, 2021
*[Enter the date this document is signed]*

/S/ Leena C. Amin
Signature of the Joint Debtor, if any

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*
Alexander J. Rinaldi, Esq.
Salny Redbord and Rinaldi
9 Eyland Avenue
Succasunna, New Jersey 07876
(973) 584-1520

Attorney for Debtor

In Re:
*[Enter the debtor's name(s)]*
CHANDRAMAULI R. AMIN
LEENA C. AMIN

Case No.: 19-21714-SLM
*[Enter the case number]*

Chapter: Chapter 13
*[Enter the chapter of the case]*

Hearing Date: March 30, 2021
*[Enter the hearing date]*

Judge: John K. Sherwood
*[Enter the Judge's last name]*

## CERTIFICATION OF SERVICE

1. I, Janine Tatka :

   ☐ represent _____ in this matter.

   ☑ am the secretary/paralegal for Alexander J. Rinaldi, Esq., who represents CHANDRAMAULI R. AMIN ~~LEENA C. AMIN~~ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On *[Enter the date you served the documents]* March 17, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   *[Place a check next to each document you served]*

   ☑ Notice of Motion to Reinstate the Automatic Stay

   ☑ Certification in Support of Motion to Reinstate the Automatic Stay

   ☑ Statement as to Why No Brief is Necessary

   ☑ Proposed Order Granting Motion to Reinstate the Automatic Stay

   ☐ Other *[Enter title of document]* _____

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 17, 2021                                    /S/ Jocelyn Santana
*[Enter the date you signed this document]*              Signature *[Of the person who served the documents]*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *[Enter the name and address of the party you served]*<br>CHANDRAMAULI R. AMIN<br>LEENA C. AMIN<br>3 Fairmont Road<br>Parsippany, NJ 07054 | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br><br>Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]*<br>U.S. Trustee<br>US Dept. of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/ Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
*[Enter your name, address and phone number]*

Alexander J. Rinaldi, Esq.
9 Eyland Avenue at Rt. 10
Succasunna, New Jersey 07876
(973) 584-1520
Attorney for Debtor

In Re:
*[Enter the debtor's name(s)]*
Sue Segall ( Norris)

| | | |
|---|---|---|
| Case No.: | 18-33264-SLM *[Enter the case number]* |
| Chapter: | Chapter 13 *[Enter the case number]* |
| Hearing Date: | March 31, 2021 *[Enter the hearing date]* |
| Judge: | Stacey L. Meisel *[Enter the Judge's last name]* |

**ORDER GRANTING MOTION TO REINSTATE STAY**

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and telephone number]*
Alexander J. Rinaldi, Esq.
Salny Redbord and Rinaldi
9 Eyland Avenue
Succasunna, New Jersey 07876
(973) 584-1520

Attorney for Debtor

In Re:
*[Enter the debtor's name(s)]*
CHANDRAMAULI R. AMIN
LEENA C. AMIN

Case No.: 19-21714
*[Enter the case number]*

Chapter: Chapter 13
*[Enter the chapter; example: 13]*

Hearing Date: March 30, 2021
*[Enter the hearing date]*

Judge: John K. Sherwood
*[Enter the Judge's last name]*

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date: March 17, 2021
*[Enter date this document is signed]*

/s/ Chandramauli Amin
Signature of the Debtor

Date: March 17, 2021
*[Enter the date this document is signed]*

/s/ Leena C. Amin
Signature of the Joint Debtor, if any



GM Finance:

Acct # 111002150584

Amount Paid → 2663.45 $
For 5 months + 10 $ Western Union Fee
Oct 2020 to Feb 2021
$ 2673.45

Payment made over Phone: on 2-12-2021
Confirmation # 122622533

Scanned with CamScanner