Morton & Craig LLC
John R. Morton, Jr.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: (856)866-0100
Attorney for: AmeriCredit Financial Services, Inc. d/b/a GM Financial

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>CHANDRAMAULI R. AMIN<br>LEENA C. AMIN | Case No. 19-21714(JKS)<br>CHAPTER 13<br>Hearing Date: 4-8-21<br>CERTIFICATION OF AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM FINANCIAL IN RESPONSE TO DEBTOR'S MOTION TO REIMPOSE THE AUTOMATIC STAY |

JODI LOYD certifies as follows:

1. I am employed by AmeriCredit Financial Services, Inc. d/b/a GM Financial ("GM Financial") and am familiar with the facts of this case.

2. On 8-17-17, the debtor executed a Retail Installment Contract for the purchase of a 2017 CHEVROLET more particularly described in the following paragraph. The contract was assigned to AmeriCredit Financial Services, Inc. and the debtor became indebted to AmeriCredit in accordance with the terms of same. To secure payment of the contract, the title to the vehicle was delivered to AmeriCredit with AmeriCredit

named as first lienholder. As a result, AmeriCredit is the holder of a first purchase money security interest encumbering the vehicle. AmeriCredit Financial Services, Inc. does business as GM Financial.

3. AmeriCredit received stay relief as a result of a motion. Debtor has brought the loan with AmeriCredit current. AmeriCredit is willing to have the stay reimpose but requests that it be done with an order reimbursing AmeriCredit for attorney fees for the motion for relief and with a default clause for future payments.

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated: 3/29/21

Arlington, TX

_/s/ Jodi Loyd_____
Jodi Loyd