# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

**In RE:**

CHANDRAMAULI R. AMIN  
LEENA C. AMIN

**Case Number:** 19-21714

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to **PAYMENT ONLY**, listed in the above stated case, be changed.

| FROM: | TO: |
|---|---|
| BMW Financial Services NA, LLC | BMW Financial Services |
| P.O. Box 3608, | 1400 City View Drive, |
| Dublin, OH 43016 | Columbus, OH 43215 |

**NOTE\* There is no change in Notice address.**

Dated: 04/18/2023

/s/ Arvind Nath Rawal

Creditor's Authorized Agent for BMW Financial Services