ALEXANDER J RINALDI ESQ
SALNY, REDBORD & RINALDI
9 EYLAND AVE AT RT 10
SUCCASUNNA, NJ  07876

Re:  CHANDRAMAULI R. AMIN  　　　　　　　　　　　Atty:  ALEXANDER J RINALDI ESQ
　　　LEENA C. AMIN　　　　　　　　　　　　　　　　　　　　　　SALNY, REDBORD & RINALDI
　　　3 FAIRMONT ROAD　　　　　　　　　　　　　　　　　　　　9 EYLAND AVE AT RT 10
　　　PARSIPPANY,  NJ  07054　　　　　　　　　　　　　　　　　SUCCASUNNA, NJ  07876

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 19-21714

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,000.00**

### RECEIPTS AS OF 01/01/2024                             (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/08/2019 | $400.00 | 5997325000 | 08/08/2019 | $400.00 | 6079268000 |
| 09/04/2019 | $400.00 | 6148764000 | 10/03/2019 | $400.00 | 6226000000 |
| 11/06/2019 | $400.00 | 6312269000 | 12/02/2019 | $400.00 | 6371411000 |
| 01/03/2020 | $400.00 | 6455493000 | 02/06/2020 | $400.00 | 6540983000 |
| 03/04/2020 | $400.00 | 6613342000 | 04/13/2020 | $400.00 | 6707133000 |
| 05/11/2020 | $400.00 | 6781052000 | 06/09/2020 | $400.00 | 6853430000 |
| 07/14/2020 | $400.00 | 6938021000 | 08/11/2020 | $400.00 | 7005017000 |
| 09/09/2020 | $400.00 | 7073771000 | 10/13/2020 | $400.00 | 7150493000 |
| 11/06/2020 | $400.00 | 7214855000 | 12/14/2020 | $400.00 | 7300543000 |
| 01/19/2021 | $400.00 | 7384669000 | 02/16/2021 | $400.00 | 7450285000 |
| 03/12/2021 | $400.00 | 7517598000 | 04/09/2021 | $400.00 | 7589611000 |
| 05/06/2021 | $400.00 | 7654633000 | 06/08/2021 | $400.00 | 7729973000 |
| 07/12/2021 | $400.00 | 7804085000 | 08/06/2021 | $400.00 | 7862183000 |
| 09/07/2021 | $400.00 | 7929633000 | 10/04/2021 | $400.00 | 7989910000 |
| 11/12/2021 | $400.00 | 8076836000 | 12/10/2021 | $400.00 | 8138987000 |
| 01/21/2022 | $400.00 | 8223303000 | 02/04/2022 | $400.00 | 8255825000 |
| 03/11/2022 | $400.00 | 8334758000 | 04/05/2022 | $400.00 | 8386780000 |
| 05/13/2022 | $400.00 | 8465620000 | 06/13/2022 | $400.00 | 8525857000 |
| 07/08/2022 | $400.00 | 8576870000 | 08/08/2022 | $400.00 | 8636516000 |
| 09/14/2022 | $400.00 | 8707419000 | 10/14/2022 | $400.00 | 8767922000 |
| 11/28/2022 | $400.00 | 8843953000 | 12/09/2022 | $400.00 | 8874705000 |
| 01/20/2023 | $400.00 | 8950291000 | 02/22/2023 | $400.00 | 9011737000 |
| 03/03/2023 | $400.00 | 9034704000 | 04/24/2023 | $400.00 | 9126056000 |
| 05/17/2023 | $400.00 | 9172630000 | 06/13/2023 | $400.00 | 9220213000 |
| 07/19/2023 | $400.00 | 9282607000 | 08/21/2023 | $400.00 | 9337537000 |
| 09/18/2023 | $400.00 | 9381628000 | 10/13/2023 | $400.00 | 9429989000 |
| 11/13/2023 | $400.00 | 9478046000 | 12/26/2023 | $400.00 | 9547358000 |

**Chapter 13 Case # 19-21714**

| Total Receipts: $21,600.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $21,600.00 |
|---|

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/19/2020 | $6.49 | 8,001,833 | 11/16/2020 | $18.49 | 8,001,898 |
| | 11/16/2020 | $6.24 | 8,001,898 | 12/21/2020 | $18.50 | 8,001,954 |
| | 02/22/2021 | $36.99 | 8,002,064 | 02/22/2021 | $13.86 | 8,002,064 |
| | 04/19/2021 | $10.45 | 8,002,174 | 05/17/2021 | $18.49 | 8,002,225 |
| | 05/17/2021 | $7.23 | 8,002,225 | 06/21/2021 | $18.80 | 8,002,273 |
| | 07/19/2021 | $18.79 | 8,002,326 | 07/19/2021 | $9.38 | 8,002,326 |
| | 08/16/2021 | $18.80 | 8,002,378 | 09/20/2021 | $18.79 | 8,002,428 |
| | 09/20/2021 | $9.38 | 8,002,428 | 10/18/2021 | $18.79 | 8,002,477 |
| | 11/17/2021 | $19.00 | 8,002,524 | 11/17/2021 | $9.44 | 8,002,524 |
| | 12/13/2021 | $19.00 | 8,002,577 | 01/10/2022 | $18.99 | 8,002,629 |
| | 01/10/2022 | $9.48 | 8,002,629 | 03/14/2022 | $38.00 | 8,002,732 |
| | 03/14/2022 | $9.50 | 8,002,732 | 04/18/2022 | $19.28 | 8,002,786 |
| | 05/16/2022 | $19.29 | 8,002,839 | 05/16/2022 | $9.64 | 8,002,839 |
| | 06/20/2022 | $19.29 | 8,002,893 | 07/18/2022 | $19.31 | 8,002,944 |
| | 07/18/2022 | $9.63 | 8,002,944 | 08/15/2022 | $19.29 | 8,002,994 |
| | 09/19/2022 | $19.29 | 8,003,041 | 09/19/2022 | $9.64 | 8,003,041 |
| | 10/17/2022 | $19.30 | 8,003,096 | 11/14/2022 | $18.92 | 8,003,150 |
| | 11/14/2022 | $9.54 | 8,003,150 | 01/09/2023 | $37.79 | 8,003,252 |
| | 01/09/2023 | $9.44 | 8,003,252 | 03/13/2023 | $18.87 | 8,003,363 |
| | 04/17/2023 | $37.79 | 8,003,415 | 04/17/2023 | $14.15 | 8,003,415 |
| | 06/12/2023 | $18.91 | 8,003,526 | 07/17/2023 | $37.38 | 8,003,590 |
| | 07/17/2023 | $14.06 | 8,003,590 | 09/18/2023 | $18.69 | 8,003,698 |
| | 10/16/2023 | $18.70 | 8,003,760 | 10/16/2023 | $9.33 | 8,003,760 |
| | 11/13/2023 | $37.09 | 8,003,805 | 11/13/2023 | $9.26 | 8,003,805 |
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | |
| | 02/10/2020 | $185.27 | 842,978 | 03/16/2020 | $50.04 | 844,881 |
| | 04/20/2020 | $50.05 | 846,829 | 05/18/2020 | $47.51 | 848,752 |
| | 06/15/2020 | $47.51 | 850,428 | 07/20/2020 | $48.83 | 852,221 |
| | 08/17/2020 | $48.83 | 854,091 | 09/21/2020 | $48.83 | 855,895 |
| | 10/19/2020 | $31.69 | 857,788 | 04/19/2021 | $531.00 | 868,394 |
| BMW FINANCIAL SERVICES | | | | | | |
| | 06/12/2023 | $7.03 | 911,636 | 07/17/2023 | $13.92 | 913,154 |
| | 09/18/2023 | $6.96 | 916,169 | 10/16/2023 | $6.96 | 917,656 |
| | 11/13/2023 | $13.81 | 919,094 | | | |
| BMW FINANCIAL SERVICES NA LLC | | | | | | |
| | 11/16/2020 | $9.31 | 859,630 | 12/21/2020 | $6.87 | 861,448 |
| | 02/22/2021 | $13.79 | 864,911 | 05/17/2021 | $10.76 | 870,350 |
| | 06/21/2021 | $7.00 | 872,156 | 07/19/2021 | $7.00 | 873,956 |
| | 08/16/2021 | $7.00 | 875,638 | 09/20/2021 | $7.00 | 877,366 |
| | 10/18/2021 | $7.00 | 879,145 | 11/17/2021 | $7.06 | 880,853 |
| | 12/13/2021 | $7.07 | 882,490 | 01/10/2022 | $7.07 | 884,145 |
| | 03/14/2022 | $14.15 | 887,541 | 04/18/2022 | $7.18 | 889,249 |
| | 05/16/2022 | $7.18 | 890,953 | 06/20/2022 | $7.18 | 892,643 |
| | 07/18/2022 | $7.19 | 894,367 | 08/15/2022 | $7.19 | 895,940 |
| | 09/19/2022 | $7.18 | 897,537 | 10/17/2022 | $7.19 | 899,207 |
| | 11/14/2022 | $7.03 | 900,783 | 01/09/2023 | $14.07 | 903,824 |
| | 03/13/2023 | $7.02 | 906,967 | 04/17/2023 | $14.09 | 908,548 |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 10/19/2020 | $19.23 | 857,956 | 10/19/2020 | $23.50 | 857,956 |
| | 11/16/2020 | $66.93 | 859,752 | 11/16/2020 | $54.77 | 859,752 |
| | 12/21/2020 | $54.78 | 861,576 | 12/21/2020 | $66.94 | 861,576 |
| | 02/22/2021 | $109.55 | 865,048 | 02/22/2021 | $133.86 | 865,048 |
| | 04/19/2021 | $30.95 | 868,582 | 04/19/2021 | $37.83 | 868,582 |
| | 05/17/2021 | $54.77 | 870,479 | 05/17/2021 | $66.93 | 870,479 |
| | 06/21/2021 | $55.66 | 872,290 | 06/21/2021 | $68.02 | 872,290 |
| | 07/19/2021 | $55.66 | 874,082 | 07/19/2021 | $68.02 | 874,082 |
| | 08/16/2021 | $55.67 | 875,765 | 08/16/2021 | $68.02 | 875,765 |
| | 09/20/2021 | $55.66 | 877,508 | 09/20/2021 | $68.02 | 877,508 |
| | 10/18/2021 | $55.66 | 879,277 | 10/18/2021 | $68.02 | 879,277 |
| | 11/17/2021 | $56.26 | 880,988 | 11/17/2021 | $68.74 | 880,988 |
| | 12/13/2021 | $56.26 | 882,619 | 12/13/2021 | $68.75 | 882,619 |
| | 01/10/2022 | $56.25 | 884,271 | 01/10/2022 | $68.74 | 884,271 |
| | 03/14/2022 | $112.53 | 887,671 | 03/14/2022 | $137.51 | 887,671 |
| | 04/18/2022 | $57.11 | 889,386 | 04/18/2022 | $69.79 | 889,386 |
| | 05/16/2022 | $57.14 | 891,079 | 05/16/2022 | $69.83 | 891,079 |
| | 06/20/2022 | $57.14 | 892,775 | 06/20/2022 | $69.83 | 892,775 |
| | 07/18/2022 | $57.18 | 894,487 | 07/18/2022 | $69.87 | 894,487 |
| | 08/15/2022 | $57.12 | 896,062 | 08/15/2022 | $69.80 | 896,062 |
| | 09/19/2022 | $57.14 | 897,670 | 09/19/2022 | $69.83 | 897,670 |
| | 10/17/2022 | $57.18 | 899,327 | 10/17/2022 | $69.85 | 899,327 |
| | 11/14/2022 | $55.94 | 900,907 | 11/14/2022 | $68.36 | 900,907 |
| | 01/09/2023 | $111.92 | 903,939 | 01/09/2023 | $136.77 | 903,939 |
| | 03/13/2023 | $55.97 | 907,088 | 03/13/2023 | $68.40 | 907,088 |
| | 04/17/2023 | $111.92 | 908,693 | 04/17/2023 | $136.76 | 908,693 |
| | 06/12/2023 | $55.99 | 911,766 | 06/12/2023 | $68.31 | 911,766 |
| | 07/17/2023 | $110.72 | 913,286 | 07/17/2023 | $135.41 | 913,286 |
| | 09/18/2023 | $55.34 | 916,299 | 09/18/2023 | $67.63 | 916,299 |
| | 10/16/2023 | $67.67 | 917,776 | 10/16/2023 | $55.39 | 917,776 |
| | 11/13/2023 | $109.85 | 919,223 | 11/13/2023 | $134.23 | 919,223 |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 10/19/2020 | $11.55 | 857,637 | 11/16/2020 | $32.89 | 859,430 |
| | 12/21/2020 | $32.89 | 861,227 | 02/22/2021 | $65.79 | 864,669 |
| | 04/19/2021 | $18.59 | 868,187 | 04/19/2021 | ($18.59) | 868,187 |
| | 04/19/2021 | $18.59 | 869,687 | 05/17/2021 | $32.89 | 870,114 |
| | 06/21/2021 | $33.43 | 871,892 | 07/19/2021 | $33.43 | 873,715 |
| | 08/16/2021 | $33.43 | 875,401 | 09/20/2021 | $33.43 | 877,119 |
| | 10/18/2021 | $33.43 | 878,901 | 11/17/2021 | $33.77 | 880,606 |
| | 12/13/2021 | $33.79 | 882,243 | 01/10/2022 | $33.78 | 883,901 |
| | 03/14/2022 | $67.58 | 887,294 | 04/18/2022 | $34.30 | 888,960 |
| | 05/16/2022 | $34.32 | 890,695 | 06/20/2022 | $34.32 | 892,366 |
| | 07/18/2022 | $34.33 | 894,111 | 08/15/2022 | $34.30 | 895,676 |
| | 09/19/2022 | $34.32 | 897,261 | 10/17/2022 | $34.33 | 898,937 |
| | 11/14/2022 | $33.60 | 900,501 | 01/09/2023 | $67.21 | 903,565 |
| | 03/13/2023 | $33.61 | 906,685 | 04/17/2023 | $67.21 | 908,253 |
| | 06/12/2023 | $33.62 | 911,349 | 07/17/2023 | $66.49 | 912,865 |
| | 09/18/2023 | $33.23 | 915,879 | 10/16/2023 | $33.27 | 917,382 |
| | 11/13/2023 | $65.97 | 918,808 | | | |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | |
| | 10/19/2020 | $10.14 | 858,158 | 11/16/2020 | $28.88 | 859,945 |
| | 12/21/2020 | $28.88 | 861,781 | 02/22/2021 | $57.75 | 865,282 |
| | 04/19/2021 | $16.32 | 868,810 | 04/19/2021 | ($16.32) | 868,810 |
| | 04/19/2021 | $16.32 | 869,686 | 05/17/2021 | $28.87 | 870,698 |
| | 06/21/2021 | $29.35 | 872,502 | 07/19/2021 | $29.35 | 874,279 |
| | 08/16/2021 | $29.35 | 875,972 | 09/20/2021 | $29.35 | 877,723 |
| | 10/18/2021 | $29.35 | 879,469 | 11/17/2021 | $29.65 | 881,183 |
| | 12/13/2021 | $29.66 | 882,807 | 01/10/2022 | $29.66 | 884,453 |
| | 03/14/2022 | $59.28 | 887,861 | 04/18/2022 | $30.18 | 889,598 |
| | 05/16/2022 | $30.13 | 891,284 | 06/20/2022 | $30.13 | 892,985 |
| | 07/18/2022 | $30.08 | 894,664 | 08/15/2022 | $30.17 | 896,252 |
| | 09/19/2022 | $30.13 | 897,863 | 10/17/2022 | $30.06 | 899,514 |
| | 11/14/2022 | $29.57 | 901,082 | 01/09/2023 | $59.01 | 904,128 |
| | 03/13/2023 | $29.46 | 907,272 | 04/17/2023 | $59.00 | 908,885 |
| | 06/12/2023 | $29.53 | 911,947 | 07/17/2023 | $58.37 | 913,469 |
| | 09/18/2023 | $29.18 | 916,481 | 10/16/2023 | $29.21 | 917,954 |
| | 11/13/2023 | $57.91 | 919,401 | | | |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 10/19/2020 | $12.82 | 858,201 | | 10/19/2020 | $11.15 | 858,201 |
| | 10/19/2020 | $12.06 | 858,201 | | 11/16/2020 | $36.51 | 859,986 |
| | 11/16/2020 | $34.36 | 859,986 | | 11/16/2020 | $31.77 | 859,986 |
| | 12/21/2020 | $31.77 | 861,825 | | 12/21/2020 | $34.37 | 861,825 |
| | 12/21/2020 | $36.51 | 861,825 | | 02/22/2021 | $73.02 | 865,330 |
| | 02/22/2021 | $63.53 | 865,330 | | 02/22/2021 | $68.73 | 865,330 |
| | 04/19/2021 | $20.63 | 868,857 | | 04/19/2021 | $17.94 | 868,857 |
| | 04/19/2021 | $19.42 | 868,857 | | 05/17/2021 | $31.76 | 870,729 |
| | 05/17/2021 | $34.36 | 870,729 | | 05/17/2021 | $36.51 | 870,729 |
| | 06/21/2021 | $37.10 | 872,543 | | 06/21/2021 | $32.29 | 872,543 |
| | 06/21/2021 | $34.92 | 872,543 | | 07/19/2021 | $37.10 | 874,320 |
| | 07/19/2021 | $32.28 | 874,320 | | 07/19/2021 | $34.92 | 874,320 |
| | 08/16/2021 | $37.10 | 876,010 | | 08/16/2021 | $32.29 | 876,010 |
| | 08/16/2021 | $34.92 | 876,010 | | 09/20/2021 | $37.10 | 877,767 |
| | 09/20/2021 | $32.28 | 877,767 | | 09/20/2021 | $34.92 | 877,767 |
| | 10/18/2021 | $37.10 | 879,510 | | 10/18/2021 | $32.28 | 879,510 |
| | 10/18/2021 | $34.92 | 879,510 | | 11/17/2021 | $37.51 | 881,221 |
| | 11/17/2021 | $32.63 | 881,221 | | 11/17/2021 | $35.31 | 881,221 |
| | 12/13/2021 | $37.50 | 882,840 | | 12/13/2021 | $32.63 | 882,840 |
| | 12/13/2021 | $35.30 | 882,840 | | 01/10/2022 | $32.62 | 884,488 |
| | 01/10/2022 | $35.29 | 884,488 | | 01/10/2022 | $37.50 | 884,488 |
| | 03/14/2022 | $74.94 | 887,900 | | 03/14/2022 | $65.27 | 887,900 |
| | 03/14/2022 | $70.60 | 887,900 | | 04/18/2022 | $38.17 | 889,635 |
| | 04/18/2022 | $33.12 | 889,635 | | 04/18/2022 | $35.83 | 889,635 |
| | 05/16/2022 | $33.14 | 891,321 | | 05/16/2022 | $35.85 | 891,321 |
| | 05/16/2022 | $38.09 | 891,321 | | 06/20/2022 | $33.14 | 893,027 |
| | 06/20/2022 | $35.85 | 893,027 | | 06/20/2022 | $38.09 | 893,027 |
| | 07/18/2022 | $33.15 | 894,701 | | 07/18/2022 | $35.86 | 894,701 |
| | 07/18/2022 | $38.03 | 894,701 | | 08/15/2022 | $38.14 | 896,285 |
| | 08/15/2022 | $33.13 | 896,285 | | 08/15/2022 | $35.84 | 896,285 |
| | 09/19/2022 | $33.14 | 897,907 | | 09/19/2022 | $35.85 | 897,907 |
| | 09/19/2022 | $38.09 | 897,907 | | 10/17/2022 | $38.07 | 899,551 |
| | 10/17/2022 | $33.15 | 899,551 | | 10/17/2022 | $35.86 | 899,551 |
| | 11/14/2022 | $37.29 | 901,118 | | 11/14/2022 | $32.44 | 901,118 |
| | 11/14/2022 | $35.10 | 901,118 | | 01/09/2023 | $64.91 | 904,160 |
| | 01/09/2023 | $70.22 | 904,160 | | 01/09/2023 | $74.60 | 904,160 |
| | 03/13/2023 | $37.31 | 907,309 | | 03/13/2023 | $32.47 | 907,309 |
| | 03/13/2023 | $35.12 | 907,309 | | 04/17/2023 | $74.60 | 908,922 |
| | 04/17/2023 | $70.21 | 908,922 | | 04/17/2023 | $64.91 | 908,922 |
| | 06/12/2023 | $37.26 | 911,979 | | 06/12/2023 | $35.12 | 911,979 |
| | 06/12/2023 | $32.42 | 911,979 | | 07/17/2023 | $73.80 | 913,504 |
| | 07/17/2023 | $64.21 | 913,504 | | 07/17/2023 | $69.46 | 913,504 |
| | 09/18/2023 | $36.99 | 916,518 | | 09/18/2023 | $32.17 | 916,518 |
| | 09/18/2023 | $34.72 | 916,518 | | 10/16/2023 | $36.84 | 917,991 |
| | 10/16/2023 | $32.06 | 917,991 | | 10/16/2023 | $34.76 | 917,991 |
| | 11/13/2023 | $63.71 | 919,436 | | 11/13/2023 | $68.92 | 919,436 |
| | 11/13/2023 | $73.22 | 919,436 | | | | |

Case 19-21714-JKS    Doc 58    Filed 01/12/24    Entered 01/12/24 17:25:52    Desc Main
Document    Page 6 of 8

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/16/2020 | $8.69 | 8,001,892 | | 12/21/2020 | $6.41 | 8,001,947 |
| | 02/22/2021 | $12.87 | 8,002,065 | | 05/17/2021 | $10.04 | 8,002,234 |
| | 06/21/2021 | $6.54 | 8,002,277 | | 07/19/2021 | $6.53 | 8,002,330 |
| | 08/16/2021 | $6.52 | 8,002,383 | | 09/20/2021 | $6.53 | 8,002,432 |
| | 10/18/2021 | $6.53 | 8,002,481 | | 11/17/2021 | $6.60 | 8,002,529 |
| | 12/13/2021 | $6.60 | 8,002,581 | | 01/10/2022 | $6.60 | 8,002,633 |
| | 03/14/2022 | $13.20 | 8,002,741 | | 04/18/2022 | $6.70 | 8,002,785 |
| | 05/16/2022 | $6.70 | 8,002,843 | | 06/20/2022 | $6.70 | 8,002,892 |
| | 07/18/2022 | $6.71 | 8,002,950 | | 08/15/2022 | $6.70 | 8,002,997 |
| | 09/19/2022 | $6.70 | 8,003,048 | | 10/17/2022 | $6.71 | 8,003,103 |
| | 11/14/2022 | $6.57 | 8,003,148 | | 01/09/2023 | $13.13 | 8,003,257 |
| | 03/13/2023 | $6.56 | 8,003,367 | | 04/17/2023 | $13.13 | 8,003,414 |
| | 06/12/2023 | $6.57 | 8,003,529 | | 07/17/2023 | $12.99 | 8,003,582 |
| | 09/18/2023 | $6.49 | 8,003,690 | | 10/16/2023 | $6.49 | 8,003,749 |
| | 11/13/2023 | $12.89 | 8,003,806 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 02/10/2020 | $1,218.53 | 843,695 | | 03/16/2020 | $329.16 | 845,628 |
| | 04/20/2020 | $329.15 | 847,586 | | 05/18/2020 | $312.49 | 849,394 |
| | 06/15/2020 | $312.49 | 851,081 | | 07/20/2020 | $321.17 | 852,938 |
| | 08/17/2020 | $321.17 | 854,770 | | 09/21/2020 | $321.17 | 856,636 |
| | 10/19/2020 | $208.43 | 858,476 | | | | |
| US FOOD INC | | | | | | | |
| | 10/19/2020 | $7.65 | 857,649 | | 11/16/2020 | $21.80 | 859,441 |
| | 12/21/2020 | $21.81 | 861,238 | | 02/22/2021 | $43.60 | 864,682 |
| | 04/19/2021 | $12.27 | 868,200 | | 05/17/2021 | $21.84 | 870,126 |
| | 06/21/2021 | $22.14 | 871,903 | | 07/19/2021 | $22.15 | 873,729 |
| | 08/16/2021 | $22.16 | 875,412 | | 09/20/2021 | $22.15 | 877,129 |
| | 10/18/2021 | $22.15 | 878,913 | | 11/17/2021 | $22.40 | 880,614 |
| | 12/13/2021 | $22.39 | 882,251 | | 01/10/2022 | $22.39 | 883,910 |
| | 03/14/2022 | $44.75 | 887,304 | | 04/18/2022 | $22.78 | 888,973 |
| | 05/16/2022 | $22.74 | 890,707 | | 06/20/2022 | $22.74 | 892,376 |
| | 07/18/2022 | $22.71 | 894,121 | | 08/15/2022 | $22.77 | 895,687 |
| | 09/19/2022 | $22.74 | 897,271 | | 10/17/2022 | $22.73 | 898,946 |
| | 11/14/2022 | $22.26 | 900,511 | | 01/09/2023 | $44.54 | 903,575 |
| | 03/13/2023 | $22.28 | 906,696 | | 04/17/2023 | $44.54 | 908,262 |
| | 06/12/2023 | $22.29 | 911,357 | | 07/17/2023 | $44.06 | 912,874 |
| | 09/18/2023 | $22.02 | 915,888 | | 10/16/2023 | $22.05 | 917,389 |
| | 11/13/2023 | $43.72 | 918,815 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 02/22/2021 | $5.33 | 864,647 | | 08/16/2021 | $5.65 | 875,384 |
| | 12/13/2021 | $5.01 | 882,222 | | 04/18/2022 | $5.06 | 888,938 |
| | 08/15/2022 | $5.11 | 895,655 | | 01/09/2023 | $6.31 | 903,549 |
| | 06/12/2023 | $5.01 | 911,334 | | 11/13/2023 | $7.42 | 918,795 |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | | | | | | |
| | 10/19/2020 | $8.57 | 858,897 | 11/16/2020 | $24.42 | 860,663 |
| | 12/21/2020 | $24.43 | 862,579 | 02/22/2021 | $48.84 | 866,107 |
| | 04/19/2021 | $13.81 | 869,595 | 05/17/2021 | $24.42 | 871,383 |
| | 06/21/2021 | $24.81 | 873,239 | 07/19/2021 | $24.82 | 874,947 |
| | 08/16/2021 | $24.83 | 876,658 | 09/20/2021 | $24.82 | 878,455 |
| | 10/18/2021 | $24.82 | 880,180 | 11/17/2021 | $25.07 | 881,844 |
| | 12/13/2021 | $25.08 | 883,486 | 01/10/2022 | $25.08 | 885,133 |
| | 03/14/2022 | $50.19 | 888,534 | 04/18/2022 | $25.47 | 890,318 |
| | 05/16/2022 | $25.48 | 891,944 | 06/20/2022 | $25.48 | 893,709 |
| | 07/18/2022 | $25.49 | 895,326 | 08/15/2022 | $25.47 | 896,870 |
| | 09/19/2022 | $25.48 | 898,560 | 10/17/2022 | $25.48 | 900,155 |
| | 11/14/2022 | $24.94 | 901,730 | 01/09/2023 | $49.90 | 904,742 |
| | 03/13/2023 | $24.97 | 907,904 | 04/17/2023 | $49.90 | 909,566 |
| | 06/12/2023 | $24.97 | 912,565 | 07/17/2023 | $49.37 | 914,091 |
| | 09/18/2023 | $24.68 | 917,092 | 10/16/2023 | $24.69 | 918,524 |
| | 11/13/2023 | $48.98 | 919,967 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,270.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,275.00 | 100.00% | 1,275.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 5,754.81 | * | 695.95 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 1,437.12 | * | 169.20 | |
| 0003 | BMW FINANCIAL SERVICES | UNSECURED | 2,142.54 | * | 259.10 | |
| 0004 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 11,360.58 | * | 1,373.88 | |
| 0008 | DILIPKUMAR PATEL AND VENA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DISCOVER BANK | UNSECURED | 17,043.84 | * | 2,061.18 | |
| 0011 | DISCOVER BANK | UNSECURED | 20,827.42 | * | 2,518.74 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,999.37 | * | 241.80 | |
| 0015 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 9,884.56 | * | 1,195.38 | |
| 0017 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 10,692.95 | * | 1,293.14 | |
| 0019 | PERFORMANCE FOOD GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SAMS CLUB CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | FEDERAL HOME LOAN MORTGAGE CORI | MORTGAGE ARRE | 3,673.76 | 100.00% | 3,673.76 | |
| 0022 | SUBWAY REAL ESTATE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | US FOODS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | US FOODS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | WELLS FARGO CARD SERVICES | UNSECURED | 7,599.54 | * | 919.05 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 10,235.45 | * | 1,237.81 | |
| 0033 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 8,985.72 | * | 1,086.68 | |
| 0037 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 558.56 | 100.00% | 558.56 | |

**Chapter 13 Case # 19-21714**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0043 | US FOOD INC | UNSECURED | 6,782.95 | * | 820.29 | |
| 0044 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 381.31 | * | 44.90 | |
| 0045 | AMERICREDIT FINANCIAL SERVICES, IN( | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |

**Total Paid: $21,226.19**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $21,600.00    -    Paid to Claims: $18,680.42    -    Admin Costs Paid: $2,545.77    =    Funds on Hand: $373.81

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.