Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

**Chapter 13 Case # 19-21714**

Re:  CHANDRAMAULI R. AMIN  
LEENA C. AMIN  
3 FAIRMONT ROAD  
PARSIPPANY, NJ  07054  

Atty:  ALEXANDER J RINALDI ESQ  
SALNY, REDBORD & RINALDI  
9 EYLAND AVE AT RT 10  
SUCCASUNNA, NJ  07876  

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $24,000.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/08/2019 | $400.00 | 5997325000 | 08/08/2019 | $400.00 | 6079268000 |
| 09/04/2019 | $400.00 | 6148764000 | 10/03/2019 | $400.00 | 6226000000 |
| 11/06/2019 | $400.00 | 6312269000 | 12/02/2019 | $400.00 | 6371411000 |
| 01/03/2020 | $400.00 | 6455493000 | 02/06/2020 | $400.00 | 6540983000 |
| 03/04/2020 | $400.00 | 6613342000 | 04/13/2020 | $400.00 | 6707133000 |
| 05/11/2020 | $400.00 | 6781052000 | 06/09/2020 | $400.00 | 6853430000 |
| 07/14/2020 | $400.00 | 6938021000 | 08/11/2020 | $400.00 | 7005017000 |
| 09/09/2020 | $400.00 | 7073771000 | 10/13/2020 | $400.00 | 7150493000 |
| 11/06/2020 | $400.00 | 7214855000 | 12/14/2020 | $400.00 | 7300543000 |
| 01/19/2021 | $400.00 | 7384669000 | 02/16/2021 | $400.00 | 7450285000 |
| 03/12/2021 | $400.00 | 7517598000 | 04/09/2021 | $400.00 | 7589611000 |
| 05/06/2021 | $400.00 | 7654633000 | 06/08/2021 | $400.00 | 7729973000 |
| 07/12/2021 | $400.00 | 7804085000 | 08/06/2021 | $400.00 | 7862183000 |
| 09/07/2021 | $400.00 | 7929633000 | 10/04/2021 | $400.00 | 7989910000 |
| 11/12/2021 | $400.00 | 8076836000 | 12/10/2021 | $400.00 | 8138987000 |
| 01/21/2022 | $400.00 | 8223303000 | 02/04/2022 | $400.00 | 8255825000 |
| 03/11/2022 | $400.00 | 8334758000 | 04/05/2022 | $400.00 | 8386780000 |
| 05/13/2022 | $400.00 | 8465620000 | 06/13/2022 | $400.00 | 8525857000 |
| 07/08/2022 | $400.00 | 8576870000 | 08/08/2022 | $400.00 | 8636516000 |
| 09/14/2022 | $400.00 | 8707419000 | 10/14/2022 | $400.00 | 8767922000 |
| 11/28/2022 | $400.00 | 8843953000 | 12/09/2022 | $400.00 | 8874705000 |
| 01/20/2023 | $400.00 | 8950291000 | 02/22/2023 | $400.00 | 9011737000 |
| 03/03/2023 | $400.00 | 9034704000 | 04/24/2023 | $400.00 | 9126056000 |
| 05/17/2023 | $400.00 | 9172630000 | 06/13/2023 | $400.00 | 9220213000 |
| 07/19/2023 | $400.00 | 9282607000 | 08/21/2023 | $400.00 | 9337537000 |
| 09/18/2023 | $400.00 | 9381628000 | 10/13/2023 | $400.00 | 9429989000 |
| 11/13/2023 | $400.00 | 9478046000 | 12/26/2023 | $400.00 | 9547358000 |
| 01/18/2024 | $400.00 | 9558467000 | 02/16/2024 | $400.00 | 9636749000 |
| 03/20/2024 | $400.00 | 9693122000 | 04/12/2024 | $400.00 | 9732115000 |

**Chapter 13 Case # 19-21714**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/21/2024 | $400.00 | 9795022000 | 06/21/2024 | $400.00 | 9842963000 |

**Total Receipts: $24,000.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $24,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,462.77 | |
| ATTY | ATTORNEY | ADMIN | 1,275.00 | 100.00% | 1,275.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 5,754.81 | * | 787.93 | |
| 0002 | AMERICAN EXPRESS BANK | UNSECURED | 1,437.12 | * | 196.76 | |
| 0003 | BMW FINANCIAL SERVICES | UNSECURED | 2,142.54 | * | 293.34 | |
| 0004 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 11,360.58 | * | 1,555.45 | |
| 0008 | DILIPKUMAR PATEL AND VENA PATEL | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | DISCOVER BANK | UNSECURED | 17,043.84 | * | 2,333.58 | |
| 0011 | DISCOVER BANK | UNSECURED | 20,827.42 | * | 2,851.60 | |
| 0014 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,999.37 | * | 273.75 | |
| 0015 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 9,884.56 | * | 1,353.35 | |
| 0017 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 10,692.95 | * | 1,464.04 | |
| 0019 | PERFORMANCE FOOD GRO | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SAMS CLUB CREDIT CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | FEDERAL HOME LOAN MORTGAGE CORI | MORTGAGE ARRI | 3,673.76 | 100.00% | 3,673.76 | |
| 0022 | SUBWAY REAL ESTATE LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | US FOODS INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | US FOODS, INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | WELLS FARGO CARD SERVICES | UNSECURED | 7,599.54 | * | 1,040.50 | |
| 0029 | UNITED STATES TREASURY/IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0030 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | JPMORGAN CHASE BANK NA | UNSECURED | 10,235.45 | * | 1,401.40 | |
| 0033 | CHASE BANK, NA- CHASE CARD MEMBE | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | CHASE BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | LVNV FUNDING LLC | UNSECURED | 8,985.72 | * | 1,230.29 | |
| 0037 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0041 | DISCOVER BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | AMERICREDIT FINANCIAL SERVICES, IN( | VEHICLE SECURE | 558.56 | 100.00% | 558.56 | |
| 0043 | US FOOD INC | UNSECURED | 6,782.95 | * | 928.70 | |
| 0044 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 381.31 | * | 50.99 | |
| 0045 | AMERICREDIT FINANCIAL SERVICES, IN( | ADMINISTRATIVE | 531.00 | 100.00% | 531.00 | |

**Total Paid: $23,262.77**
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | |
| | 10/19/2020 | $6.49 | 8001833 | 11/16/2020 | $18.49 | 8001898 |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| | 11/16/2020 | $6.24 | 8001898 | | 12/21/2020 | $18.50 | 8001954 |
| | 02/22/2021 | $13.86 | 8002064 | | 02/22/2021 | $36.99 | 8002064 |
| | 04/19/2021 | $10.45 | 8002174 | | 05/17/2021 | $18.49 | 8002225 |
| | 05/17/2021 | $7.23 | 8002225 | | 06/21/2021 | $18.80 | 8002273 |
| | 07/19/2021 | $18.79 | 8002326 | | 07/19/2021 | $9.38 | 8002326 |
| | 08/16/2021 | $18.80 | 8002378 | | 09/20/2021 | $18.79 | 8002428 |
| | 09/20/2021 | $9.38 | 8002428 | | 10/18/2021 | $18.79 | 8002477 |
| | 11/17/2021 | $19.00 | 8002524 | | 11/17/2021 | $9.44 | 8002524 |
| | 12/13/2021 | $19.00 | 8002577 | | 01/10/2022 | $18.99 | 8002629 |
| | 01/10/2022 | $9.48 | 8002629 | | 03/14/2022 | $9.50 | 8002732 |
| | 03/14/2022 | $38.00 | 8002732 | | 04/18/2022 | $19.28 | 8002786 |
| | 05/16/2022 | $19.29 | 8002839 | | 05/16/2022 | $9.64 | 8002839 |
| | 06/20/2022 | $19.29 | 8002893 | | 07/18/2022 | $19.31 | 8002944 |
| | 07/18/2022 | $9.63 | 8002944 | | 08/15/2022 | $19.29 | 8002994 |
| | 09/19/2022 | $19.29 | 8003041 | | 09/19/2022 | $9.64 | 8003041 |
| | 10/17/2022 | $19.30 | 8003096 | | 11/14/2022 | $18.92 | 8003150 |
| | 11/14/2022 | $9.54 | 8003150 | | 01/09/2023 | $9.44 | 8003252 |
| | 01/09/2023 | $37.79 | 8003252 | | 03/13/2023 | $18.87 | 8003363 |
| | 04/17/2023 | $37.79 | 8003415 | | 04/17/2023 | $14.15 | 8003415 |
| | 06/12/2023 | $18.91 | 8003526 | | 07/17/2023 | $37.38 | 8003590 |
| | 07/17/2023 | $14.06 | 8003590 | | 09/18/2023 | $18.69 | 8003698 |
| | 10/16/2023 | $18.70 | 8003760 | | 10/16/2023 | $9.33 | 8003760 |
| | 11/13/2023 | $9.26 | 8003805 | | 11/13/2023 | $37.09 | 8003805 |
| | 01/08/2024 | $18.39 | 8003905 | | 02/12/2024 | $18.40 | 8003948 |
| | 02/12/2024 | $9.19 | 8003948 | | 03/11/2024 | $18.40 | 8004000 |
| | 04/15/2024 | $18.39 | 8004039 | | 04/15/2024 | $9.19 | 8004039 |
| | 05/10/2024 | $18.40 | 8004086 | | 06/17/2024 | $9.18 | 8004131 |
| | 06/17/2024 | $18.39 | 8004131 | | | | |
| AMERICREDIT FINANCIAL SERVICES, INC. | | | | | | | |
| | 02/10/2020 | $185.27 | 842978 | | 03/16/2020 | $50.04 | 844881 |
| | 04/20/2020 | $50.05 | 846829 | | 05/18/2020 | $47.51 | 848752 |
| | 06/15/2020 | $47.51 | 850428 | | 07/20/2020 | $48.83 | 852221 |
| | 08/17/2020 | $48.83 | 854091 | | 09/21/2020 | $48.83 | 855895 |
| | 10/19/2020 | $31.69 | 857788 | | 04/19/2021 | $531.00 | 868394 |
| BMW FINANCIAL SERVICES | | | | | | | |
| | 06/12/2023 | $7.03 | 911636 | | 07/17/2023 | $13.92 | 913154 |
| | 09/18/2023 | $6.96 | 916169 | | 10/16/2023 | $6.96 | 917656 |
| | 11/13/2023 | $13.81 | 919094 | | 01/08/2024 | $6.84 | 921896 |
| | 02/12/2024 | $6.86 | 923247 | | 03/11/2024 | $6.85 | 924698 |
| | 04/15/2024 | $6.85 | 926133 | | 05/10/2024 | $6.83 | 927610 |
| | 06/17/2024 | $6.85 | 929011 | | | | |
| BMW FINANCIAL SERVICES NA LLC | | | | | | | |
| | 11/16/2020 | $9.31 | 859630 | | 12/21/2020 | $6.87 | 861448 |
| | 02/22/2021 | $13.79 | 864911 | | 05/17/2021 | $10.76 | 870350 |
| | 06/21/2021 | $7.00 | 872156 | | 07/19/2021 | $7.00 | 873956 |
| | 08/16/2021 | $7.00 | 875638 | | 09/20/2021 | $7.00 | 877366 |
| | 10/18/2021 | $7.00 | 879145 | | 11/17/2021 | $7.06 | 880853 |
| | 12/13/2021 | $7.07 | 882490 | | 01/10/2022 | $7.07 | 884145 |
| | 03/14/2022 | $14.15 | 887541 | | 04/18/2022 | $7.18 | 889249 |
| | 05/16/2022 | $7.18 | 890953 | | 06/20/2022 | $7.18 | 892643 |
| | 07/18/2022 | $7.19 | 894367 | | 08/15/2022 | $7.19 | 895940 |
| | 09/19/2022 | $7.18 | 897537 | | 10/17/2022 | $7.19 | 899207 |
| | 11/14/2022 | $7.03 | 900783 | | 01/09/2023 | $14.07 | 903824 |
| | 03/13/2023 | $7.02 | 906967 | | 04/17/2023 | $14.09 | 908548 |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK | | | | | | |
| | 10/19/2020 | $19.23 | 857956 | 10/19/2020 | $23.50 | 857956 |
| | 11/16/2020 | $66.93 | 859752 | 11/16/2020 | $54.77 | 859752 |
| | 12/21/2020 | $54.78 | 861576 | 12/21/2020 | $66.94 | 861576 |
| | 02/22/2021 | $133.86 | 865048 | 02/22/2021 | $109.55 | 865048 |
| | 04/19/2021 | $30.95 | 868582 | 04/19/2021 | $37.83 | 868582 |
| | 05/17/2021 | $66.93 | 870479 | 05/17/2021 | $54.77 | 870479 |
| | 06/21/2021 | $55.66 | 872290 | 06/21/2021 | $68.02 | 872290 |
| | 07/19/2021 | $68.02 | 874082 | 07/19/2021 | $55.66 | 874082 |
| | 08/16/2021 | $55.67 | 875765 | 08/16/2021 | $68.02 | 875765 |
| | 09/20/2021 | $68.02 | 877508 | 09/20/2021 | $55.66 | 877508 |
| | 10/18/2021 | $55.66 | 879277 | 10/18/2021 | $68.02 | 879277 |
| | 11/17/2021 | $68.74 | 880988 | 11/17/2021 | $56.26 | 880988 |
| | 12/13/2021 | $56.26 | 882619 | 12/13/2021 | $68.75 | 882619 |
| | 01/10/2022 | $68.74 | 884271 | 01/10/2022 | $56.25 | 884271 |
| | 03/14/2022 | $112.53 | 887671 | 03/14/2022 | $137.51 | 887671 |
| | 04/18/2022 | $69.79 | 889386 | 04/18/2022 | $57.11 | 889386 |
| | 05/16/2022 | $57.14 | 891079 | 05/16/2022 | $69.83 | 891079 |
| | 06/20/2022 | $69.83 | 892775 | 06/20/2022 | $57.14 | 892775 |
| | 07/18/2022 | $57.18 | 894487 | 07/18/2022 | $69.87 | 894487 |
| | 08/15/2022 | $69.80 | 896062 | 08/15/2022 | $57.12 | 896062 |
| | 09/19/2022 | $57.14 | 897670 | 09/19/2022 | $69.83 | 897670 |
| | 10/17/2022 | $69.85 | 899327 | 10/17/2022 | $57.18 | 899327 |
| | 11/14/2022 | $55.94 | 900907 | 11/14/2022 | $68.36 | 900907 |
| | 01/09/2023 | $136.77 | 903939 | 01/09/2023 | $111.92 | 903939 |
| | 03/13/2023 | $55.97 | 907088 | 03/13/2023 | $68.40 | 907088 |
| | 04/17/2023 | $136.76 | 908693 | 04/17/2023 | $111.92 | 908693 |
| | 06/12/2023 | $55.99 | 911766 | 06/12/2023 | $68.31 | 911766 |
| | 07/17/2023 | $135.41 | 913286 | 07/17/2023 | $110.72 | 913286 |
| | 09/18/2023 | $55.34 | 916299 | 09/18/2023 | $67.63 | 916299 |
| | 10/16/2023 | $67.67 | 917776 | 10/16/2023 | $55.39 | 917776 |
| | 11/13/2023 | $109.85 | 919223 | 11/13/2023 | $134.23 | 919223 |
| | 01/08/2024 | $66.57 | 922014 | 01/08/2024 | $54.47 | 922014 |
| | 02/12/2024 | $54.47 | 923373 | 02/12/2024 | $66.58 | 923373 |
| | 03/11/2024 | $66.58 | 924827 | 03/11/2024 | $54.48 | 924827 |
| | 04/15/2024 | $54.48 | 926265 | 04/15/2024 | $66.57 | 926265 |
| | 05/10/2024 | $66.56 | 927736 | 05/10/2024 | $54.49 | 927736 |
| | 06/17/2024 | $54.48 | 929149 | 06/17/2024 | $66.57 | 929149 |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 10/19/2020 | $11.55 | 857637 | 11/16/2020 | $32.89 | 859430 |
| | 12/21/2020 | $32.89 | 861227 | 02/22/2021 | $65.79 | 864669 |
| | 04/19/2021 | $18.59 | 868187 | 04/19/2021 | ($18.59) | 868187 |
| | 04/19/2021 | $18.59 | 869687 | 05/17/2021 | $32.89 | 870114 |
| | 06/21/2021 | $33.43 | 871892 | 07/19/2021 | $33.43 | 873715 |
| | 08/16/2021 | $33.43 | 875401 | 09/20/2021 | $33.43 | 877119 |
| | 10/18/2021 | $33.43 | 878901 | 11/17/2021 | $33.77 | 880606 |
| | 12/13/2021 | $33.79 | 882243 | 01/10/2022 | $33.78 | 883901 |
| | 03/14/2022 | $67.58 | 887294 | 04/18/2022 | $34.30 | 888960 |
| | 05/16/2022 | $34.32 | 890695 | 06/20/2022 | $34.32 | 892366 |
| | 07/18/2022 | $34.33 | 894111 | 08/15/2022 | $34.30 | 895676 |
| | 09/19/2022 | $34.32 | 897261 | 10/17/2022 | $34.33 | 898937 |
| | 11/14/2022 | $33.60 | 900501 | 01/09/2023 | $67.21 | 903565 |
| | 03/13/2023 | $33.61 | 906685 | 04/17/2023 | $67.21 | 908253 |
| | 06/12/2023 | $33.62 | 911349 | 07/17/2023 | $66.49 | 912865 |
| | 09/18/2023 | $33.23 | 915879 | 10/16/2023 | $33.27 | 917382 |
| | 11/13/2023 | $65.97 | 918808 | 01/08/2024 | $32.71 | 921628 |
| | 02/12/2024 | $32.72 | 922956 | 03/11/2024 | $32.72 | 924421 |
| | 04/15/2024 | $32.72 | 925835 | 05/10/2024 | $32.71 | 927328 |
| | 06/17/2024 | $32.72 | 928700 | | | |
| LVNV FUNDING LLC | | | | | | |
| | 10/19/2020 | $10.14 | 858158 | 11/16/2020 | $28.88 | 859945 |
| | 12/21/2020 | $28.88 | 861781 | 02/22/2021 | $57.75 | 865282 |
| | 04/19/2021 | $16.32 | 868810 | 04/19/2021 | ($16.32) | 868810 |
| | 04/19/2021 | $16.32 | 869686 | 05/17/2021 | $28.87 | 870698 |
| | 06/21/2021 | $29.35 | 872502 | 07/19/2021 | $29.35 | 874279 |
| | 08/16/2021 | $29.35 | 875972 | 09/20/2021 | $29.35 | 877723 |
| | 10/18/2021 | $29.35 | 879469 | 11/17/2021 | $29.65 | 881183 |
| | 12/13/2021 | $29.66 | 882807 | 01/10/2022 | $29.66 | 884453 |
| | 03/14/2022 | $59.28 | 887861 | 04/18/2022 | $30.18 | 889598 |
| | 05/16/2022 | $30.13 | 891284 | 06/20/2022 | $30.13 | 892985 |
| | 07/18/2022 | $30.08 | 894664 | 08/15/2022 | $30.17 | 896252 |
| | 09/19/2022 | $30.13 | 897863 | 10/17/2022 | $30.06 | 899514 |
| | 11/14/2022 | $29.57 | 901082 | 01/09/2023 | $59.01 | 904128 |
| | 03/13/2023 | $29.46 | 907272 | 04/17/2023 | $59.00 | 908885 |
| | 06/12/2023 | $29.53 | 911947 | 07/17/2023 | $58.37 | 913469 |
| | 09/18/2023 | $29.18 | 916481 | 10/16/2023 | $29.21 | 917954 |
| | 11/13/2023 | $57.91 | 919401 | 01/08/2024 | $28.72 | 922185 |
| | 02/12/2024 | $28.72 | 923558 | 03/11/2024 | $28.72 | 924992 |
| | 04/15/2024 | $28.72 | 926454 | 05/10/2024 | $28.73 | 927894 |
| | 06/17/2024 | $28.72 | 929338 | | | |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | |
| | 10/19/2020 | $11.15 | 858201 | 10/19/2020 | $12.82 | 858201 |
| | 10/19/2020 | $12.06 | 858201 | 11/16/2020 | $34.36 | 859986 |
| | 11/16/2020 | $36.51 | 859986 | 11/16/2020 | $31.77 | 859986 |
| | 12/21/2020 | $31.77 | 861825 | 12/21/2020 | $36.51 | 861825 |
| | 12/21/2020 | $34.37 | 861825 | 02/22/2021 | $68.73 | 865330 |
| | 02/22/2021 | $73.02 | 865330 | 02/22/2021 | $63.53 | 865330 |
| | 04/19/2021 | $17.94 | 868857 | 04/19/2021 | $20.63 | 868857 |
| | 04/19/2021 | $19.42 | 868857 | 05/17/2021 | $34.36 | 870729 |
| | 05/17/2021 | $36.51 | 870729 | 05/17/2021 | $31.76 | 870729 |
| | 06/21/2021 | $32.29 | 872543 | 06/21/2021 | $37.10 | 872543 |
| | 06/21/2021 | $34.92 | 872543 | 07/19/2021 | $34.92 | 874320 |
| | 07/19/2021 | $37.10 | 874320 | 07/19/2021 | $32.28 | 874320 |
| | 08/16/2021 | $32.29 | 876010 | 08/16/2021 | $37.10 | 876010 |
| | 08/16/2021 | $34.92 | 876010 | 09/20/2021 | $34.92 | 877767 |
| | 09/20/2021 | $37.10 | 877767 | 09/20/2021 | $32.28 | 877767 |
| | 10/18/2021 | $32.28 | 879510 | 10/18/2021 | $37.10 | 879510 |
| | 10/18/2021 | $34.92 | 879510 | 11/17/2021 | $35.31 | 881221 |
| | 11/17/2021 | $37.51 | 881221 | 11/17/2021 | $32.63 | 881221 |
| | 12/13/2021 | $32.63 | 882840 | 12/13/2021 | $37.50 | 882840 |
| | 12/13/2021 | $35.30 | 882840 | 01/10/2022 | $35.29 | 884488 |
| | 01/10/2022 | $37.50 | 884488 | 01/10/2022 | $32.62 | 884488 |
| | 03/14/2022 | $65.27 | 887900 | 03/14/2022 | $74.94 | 887900 |
| | 03/14/2022 | $70.60 | 887900 | 04/18/2022 | $35.83 | 889635 |
| | 04/18/2022 | $38.17 | 889635 | 04/18/2022 | $33.12 | 889635 |
| | 05/16/2022 | $33.14 | 891321 | 05/16/2022 | $38.09 | 891321 |
| | 05/16/2022 | $35.85 | 891321 | 06/20/2022 | $35.85 | 893027 |
| | 06/20/2022 | $38.09 | 893027 | 06/20/2022 | $33.14 | 893027 |
| | 07/18/2022 | $33.15 | 894701 | 07/18/2022 | $38.03 | 894701 |
| | 07/18/2022 | $35.86 | 894701 | 08/15/2022 | $35.84 | 896285 |
| | 08/15/2022 | $38.14 | 896285 | 08/15/2022 | $33.13 | 896285 |
| | 09/19/2022 | $33.14 | 897907 | 09/19/2022 | $38.09 | 897907 |
| | 09/19/2022 | $35.85 | 897907 | 10/17/2022 | $35.86 | 899551 |
| | 10/17/2022 | $38.07 | 899551 | 10/17/2022 | $33.15 | 899551 |
| | 11/14/2022 | $32.44 | 901118 | 11/14/2022 | $37.29 | 901118 |
| | 11/14/2022 | $35.10 | 901118 | 01/09/2023 | $70.22 | 904160 |
| | 01/09/2023 | $74.60 | 904160 | 01/09/2023 | $64.91 | 904160 |
| | 03/13/2023 | $32.47 | 907309 | 03/13/2023 | $37.31 | 907309 |
| | 03/13/2023 | $35.12 | 907309 | 04/17/2023 | $70.21 | 908922 |
| | 04/17/2023 | $74.60 | 908922 | 04/17/2023 | $64.91 | 908922 |
| | 06/12/2023 | $32.42 | 911979 | 06/12/2023 | $37.26 | 911979 |
| | 06/12/2023 | $35.12 | 911979 | 07/17/2023 | $69.46 | 913504 |
| | 07/17/2023 | $73.80 | 913504 | 07/17/2023 | $64.21 | 913504 |
| | 09/18/2023 | $32.17 | 916518 | 09/18/2023 | $36.99 | 916518 |
| | 09/18/2023 | $34.72 | 916518 | 10/16/2023 | $34.76 | 917991 |
| | 10/16/2023 | $36.84 | 917991 | 10/16/2023 | $32.06 | 917991 |
| | 11/13/2023 | $63.71 | 919436 | 11/13/2023 | $73.22 | 919436 |
| | 11/13/2023 | $68.92 | 919436 | 01/08/2024 | $34.17 | 922216 |
| | 01/08/2024 | $36.34 | 922216 | 01/08/2024 | $31.62 | 922216 |
| | 02/12/2024 | $31.59 | 923596 | 02/12/2024 | $36.31 | 923596 |
| | 02/12/2024 | $34.18 | 923596 | 03/11/2024 | $34.18 | 925028 |
| | 03/11/2024 | $36.32 | 925028 | 03/11/2024 | $31.60 | 925028 |
| | 04/15/2024 | $31.59 | 926489 | 04/15/2024 | $36.31 | 926489 |
| | 04/15/2024 | $34.18 | 926489 | 05/10/2024 | $34.18 | 927923 |
| | 05/10/2024 | $36.32 | 927923 | 05/10/2024 | $31.60 | 927923 |
| | 06/17/2024 | $31.59 | 929374 | 06/17/2024 | $36.31 | 929374 |
| | 06/17/2024 | $34.18 | 929374 | | | |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/16/2020 | $8.69 | 8001892 | | 12/21/2020 | $6.41 | 8001947 |
| | 02/22/2021 | $12.87 | 8002065 | | 05/17/2021 | $10.04 | 8002234 |
| | 06/21/2021 | $6.54 | 8002277 | | 07/19/2021 | $6.53 | 8002330 |
| | 08/16/2021 | $6.52 | 8002383 | | 09/20/2021 | $6.53 | 8002432 |
| | 10/18/2021 | $6.53 | 8002481 | | 11/17/2021 | $6.60 | 8002529 |
| | 12/13/2021 | $6.60 | 8002581 | | 01/10/2022 | $6.60 | 8002633 |
| | 03/14/2022 | $13.20 | 8002741 | | 04/18/2022 | $6.70 | 8002785 |
| | 05/16/2022 | $6.70 | 8002843 | | 06/20/2022 | $6.70 | 8002892 |
| | 07/18/2022 | $6.71 | 8002950 | | 08/15/2022 | $6.70 | 8002997 |
| | 09/19/2022 | $6.70 | 8003048 | | 10/17/2022 | $6.71 | 8003103 |
| | 11/14/2022 | $6.57 | 8003148 | | 01/09/2023 | $13.13 | 8003257 |
| | 03/13/2023 | $6.56 | 8003367 | | 04/17/2023 | $13.13 | 8003414 |
| | 06/12/2023 | $6.57 | 8003529 | | 07/17/2023 | $12.99 | 8003582 |
| | 09/18/2023 | $6.49 | 8003690 | | 10/16/2023 | $6.49 | 8003749 |
| | 11/13/2023 | $12.89 | 8003806 | | 01/08/2024 | $6.40 | 8003906 |
| | 02/12/2024 | $6.38 | 8003947 | | 03/11/2024 | $6.39 | 8003991 |
| | 04/15/2024 | $6.39 | 8004035 | | 05/10/2024 | $6.40 | 8004082 |
| | 06/17/2024 | $6.39 | 8004126 | | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | | |
| | 02/10/2020 | $1,218.53 | 843695 | | 03/16/2020 | $329.16 | 845628 |
| | 04/20/2020 | $329.15 | 847586 | | 05/18/2020 | $312.49 | 849394 |
| | 06/15/2020 | $312.49 | 851081 | | 07/20/2020 | $321.17 | 852938 |
| | 08/17/2020 | $321.17 | 854770 | | 09/21/2020 | $321.17 | 856636 |
| | 10/19/2020 | $208.43 | 858476 | | | | |
| US FOOD INC | | | | | | | |
| | 10/19/2020 | $7.65 | 857649 | | 11/16/2020 | $21.80 | 859441 |
| | 12/21/2020 | $21.81 | 861238 | | 02/22/2021 | $43.60 | 864682 |
| | 04/19/2021 | $12.27 | 868200 | | 05/17/2021 | $21.84 | 870126 |
| | 06/21/2021 | $22.14 | 871903 | | 07/19/2021 | $22.15 | 873729 |
| | 08/16/2021 | $22.16 | 875412 | | 09/20/2021 | $22.15 | 877129 |
| | 10/18/2021 | $22.15 | 878913 | | 11/17/2021 | $22.40 | 880614 |
| | 12/13/2021 | $22.39 | 882251 | | 01/10/2022 | $22.39 | 883910 |
| | 03/14/2022 | $44.75 | 887304 | | 04/18/2022 | $22.78 | 888973 |
| | 05/16/2022 | $22.74 | 890707 | | 06/20/2022 | $22.74 | 892376 |
| | 07/18/2022 | $22.71 | 894121 | | 08/15/2022 | $22.77 | 895687 |
| | 09/19/2022 | $22.74 | 897271 | | 10/17/2022 | $22.73 | 898946 |
| | 11/14/2022 | $22.26 | 900511 | | 01/09/2023 | $44.54 | 903575 |
| | 03/13/2023 | $22.28 | 906696 | | 04/17/2023 | $44.54 | 908262 |
| | 06/12/2023 | $22.29 | 911357 | | 07/17/2023 | $44.06 | 912874 |
| | 09/18/2023 | $22.02 | 915888 | | 10/16/2023 | $22.05 | 917389 |
| | 11/13/2023 | $43.72 | 918815 | | 01/08/2024 | $21.67 | 921634 |
| | 02/12/2024 | $21.68 | 922965 | | 03/11/2024 | $21.68 | 924428 |
| | 04/15/2024 | $21.68 | 925844 | | 05/10/2024 | $21.69 | 927337 |
| | 06/17/2024 | $21.68 | 928707 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 02/22/2021 | $5.33 | 864647 | | 08/16/2021 | $5.65 | 875384 |
| | 12/13/2021 | $5.01 | 882222 | | 04/18/2022 | $5.06 | 888938 |
| | 08/15/2022 | $5.11 | 895655 | | 01/09/2023 | $6.31 | 903549 |
| | 06/12/2023 | $5.01 | 911334 | | 11/13/2023 | $7.42 | 918795 |
| | 05/10/2024 | $6.09 | 927317 | | | | |

**Chapter 13 Case # 19-21714**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | | | | | | |
| | 10/19/2020 | $8.57 | 858897 | 11/16/2020 | $24.42 | 860663 |
| | 12/21/2020 | $24.43 | 862579 | 02/22/2021 | $48.84 | 866107 |
| | 04/19/2021 | $13.81 | 869595 | 05/17/2021 | $24.42 | 871383 |
| | 06/21/2021 | $24.81 | 873239 | 07/19/2021 | $24.82 | 874947 |
| | 08/16/2021 | $24.83 | 876658 | 09/20/2021 | $24.82 | 878455 |
| | 10/18/2021 | $24.82 | 880180 | 11/17/2021 | $25.07 | 881844 |
| | 12/13/2021 | $25.08 | 883486 | 01/10/2022 | $25.08 | 885133 |
| | 03/14/2022 | $50.19 | 888534 | 04/18/2022 | $25.47 | 890318 |
| | 05/16/2022 | $25.48 | 891944 | 06/20/2022 | $25.48 | 893709 |
| | 07/18/2022 | $25.49 | 895326 | 08/15/2022 | $25.47 | 896870 |
| | 09/19/2022 | $25.48 | 898560 | 10/17/2022 | $25.48 | 900155 |
| | 11/14/2022 | $24.94 | 901730 | 01/09/2023 | $49.90 | 904742 |
| | 03/13/2023 | $24.97 | 907904 | 04/17/2023 | $49.90 | 909566 |
| | 06/12/2023 | $24.97 | 912565 | 07/17/2023 | $49.37 | 914091 |
| | 09/18/2023 | $24.68 | 917092 | 10/16/2023 | $24.69 | 918524 |
| | 11/13/2023 | $48.98 | 919967 | 01/08/2024 | $24.29 | 922715 |
| | 02/12/2024 | $24.28 | 924156 | 03/11/2024 | $24.29 | 925571 |
| | 04/15/2024 | $24.29 | 927078 | 05/10/2024 | $24.30 | 928451 |
| | 06/17/2024 | $24.29 | 929968 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 10, 2024.

Receipts: $24,000.00    -    Paid to Claims: $20,525.00    -    Admin Costs Paid: $2,737.77    =    Funds on Hand: $737.23

Base Plan Amount: $24,000.00    -    Receipts: $24,000.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.