Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−21714−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chandramauli R. Amin | Leena C. Amin |
| dba AUM Shivam LLC | dba AUM Service Network LLC, dba |
| 3 Fairmont Road | AUM Lakshmi LLC |
| Parsippany, NJ 07054 | 3 Fairmont Road |
| | Parsippany, NJ 07054 |

Social Security No.:
  xxx−xx−5429                               xxx−xx−3525

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

    TO: <u>Chandramauli R. Amin and Leena C. Amin</u>
        Debtor(s)

    You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 30, 2024
JAN: dlr

                                                        <u>Jeanne Naughton, Clerk</u>