Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−21714−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chandramauli R. Amin | Leena C. Amin |
| dba AUM Shivam LLC | dba AUM Service Network LLC, dba |
| 3 Fairmont Road | AUM Lakshmi LLC |
| Parsippany, NJ 07054 | 3 Fairmont Road |
| | Parsippany, NJ 07054 |

Social Security No.:
  xxx−xx−5429                    xxx−xx−3525

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Chandramauli R. Amin and Leena C. Amin
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: July 30, 2024
JAN: dlr

Jeanne Naughton, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Chandramauli R. Amin  
Leena C. Amin  
    Debtors

Case No. 19-21714-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jul 30, 2024     Form ID: ntcfncur     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Chandramauli R. Amin, Leena C. Amin, 3 Fairmont Road, Parsippany, NJ 07054-3912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander J. Rinaldi | on behalf of Creditor Americredit Financial Services Inc. dba GM Financial bankruptcy@srr-law.com, 5390@notices.nextchapterbk.com |
| Alexander J. Rinaldi | on behalf of Debtor Chandramauli R. Amin bankruptcy@srr-law.com 5390@notices.nextchapterbk.com |
| Alexander J. Rinaldi | on behalf of Creditor BMW Financial Services NA LLC Department, C/O AIS Portfolio Services, LP bankruptcy@srr-law.com, 5390@notices.nextchapterbk.com |
| Alexander J. Rinaldi | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bankruptcy@srr-law.com, 5390@notices.nextchapterbk.com |
| Alexander J. Rinaldi | on behalf of U.S. Trustee U.S. Trustee bankruptcy@srr-law.com 5390@notices.nextchapterbk.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2024 | Form ID: ntcfncur | Total Noticed: 1 |

Alexander J. Rinaldi

on behalf of Creditor Synchrony Bank c/o PRA Receivables Management  LLC bankruptcy@srr-law.com, 5390@notices.nextchapterbk.com

Alexander J. Rinaldi

on behalf of Trustee Marie-Ann Greenberg bankruptcy@srr-law.com 5390@notices.nextchapterbk.com

Alexander J. Rinaldi

on behalf of Joint Debtor Leena C. Amin bankruptcy@srr-law.com 5390@notices.nextchapterbk.com

Alexander J. Rinaldi

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bankruptcy@srr-law.com 5390@notices.nextchapterbk.com

Andrew M. Lubin

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Denise E. Carlon

on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

John R. Morton, Jr.

on behalf of Creditor Americredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Kimberly A. Wilson

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 kimwilson@raslg.com

Marie-Ann Greenberg

magecf@magtrustee.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Michael J. Milstead

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Roger Fay

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 rfay@alaw.net, bkecf@milsteadlaw.com

Sindi Mncina

on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 19