Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−21714−JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Chandramauli R. Amin<br>dba AUM Shivam LLC<br>3 Fairmont Road<br>Parsippany, NJ 07054 | Leena C. Amin<br>dba AUM Service Network LLC, dba<br>AUM Lakshmi LLC<br>3 Fairmont Road<br>Parsippany, NJ 07054 |
| Social Security No.:<br>  xxx−xx−5429 | xxx−xx−3525 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 22, 2024</u>                <u>John K. Sherwood</u>
                                        Judge, United States Bankruptcy Court